IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MARKEITIUS K. LUCAS**                                                                  **PLAINTIFF**

V.                                                            NO. 4:25-CV-80-DMB-JMV

**BOLIVAR COUNTY SHERIFF
DEPARTMENT (STEVE ROSE);
ROSEDALE POLICE DEPARTMENT
(NAKIA HALL)**                                                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order issued this date, this case is dismissed without prejudice.

**SO ORDERED**, this 16th day of July, 2025.

                                                     /s/Debra M. Brown
                                                     **UNITED STATES DISTRICT JUDGE**